IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES | No. 16-cr-10010-PBS |
|---|---|
| v. | |
| JOHN TRAN | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant, John Tran, with the assent of the government, respectfully moves to continue the sentencing hearing in this case to a date in October 2017. As grounds therefor:

1. As noted in the previous motion to continue filed by the government, an oversight in provision of case information to Probation resulted in a delay in preparing the PSR. The draft PSR was issued to the defense on July 14. Pursuant to Fed. R. Crim. P. 32(e)(2), that disclosure is required to be made at least 35 days before the sentencing hearing, which would mean that the hearing should be held no earlier than August 18. Simply put, the currently scheduled date of August 11 is inconsistent with Rule 32 and does not permit orderly progression through the PSR objection process followed by sufficient time for defense counsel to draft a sentencing memorandum.

2. In addition, undersigned counsel will be away from August 14-23 and August 31-September 5, and then is scheduled to begin a two-week jury trial before Judge Burroughs on September 11. As a practical matter, undersigned counsel will not be in a position to review the final PSR and prepare a thorough sentencing memorandum prior to that trial.

3. Finally, while the government would not assent to any further continuance (beyond October) on this basis, it should be noted that the First Circuit is still considering *United States v. Levin*, which involves suppression issues that were also raised in this case. It would be

in the interests of judicial economy and ensure fairness to the defendant to defer sentencing and commitment in this case until *Levin* has been decided.

For the foregoing reasons, the sentencing hearing should be rescheduled to a date in October.

>
> Respectfully submitted,
>
> JOHN TRAN
> by his attorney
>
> */s/ William Fick*
> WILLIAM W. FICK, ESQ. (BBO # 650562)
> FEDERAL PUBLIC DEFENDER OFFICE
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> (617) 223-8061
> WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 27, 2017.

> */s/ William Fick*