IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JOHN TRAN | No. 16-cr-10010-PBS |

## MOTION TO CONTINUE SENTENCING

Defendant, John Tran, respectfully moves to continue the sentencing hearing in this case for 30 days, while a decision from the Court of Appeals in *United States v. Levin,* No. 16-1567 (1st Cir.) remains pending. The government does not assent to this motion.

As the Court is aware, *Levin*, which was argued on May 3, 2017, concerns suppression arguments identical to those raised in this case. Accordingly, it would be in the interests of judicial economy and ensure fairness to the defendant to defer sentencing and commitment in this case until *Levin* has been decided. In this motion, the defendant requests a continuance of only 30 days, after which the parties and Court can reassess the situation.

Respectfully submitted,

JOHN TRAN
by his attorney

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
WILLIAM_FICK@FD.ORG

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on October 16, 2017.

                                                    */s/ William Fick*